IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                              CRIMINAL NO. 2:11CR38

ROBERT S. CORKERN

## **FINAL JUDGMENT**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's Motion to Vacate or Set Aside Judgment pursuant to 28 U.S.C. § 2255 is hereby **DENIED**.

This, the 31st day of March, 2017.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**